IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYCE THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | Civil Action No. 12-171<br>Judge Donetta W. Ambrose<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

AND NOW, this 31st day of October, 2012, after the Plaintiff, Joyce Thomas, filed an action in the above-captioned case seeking review of the final decision of the Commissioner of Social Security denying claims for Disability Insurance Benefits and Supplemental Security Income Benefits, and after cross-motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** that the Plaintiff's Motion for Summary Judgment (ECF No. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 16) is adopted as the opinion of this Court.

_Donetta F. Ambrose_
Donetta W. Ambrose
United States District Judge